UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LOCKE, | Case No. 2:08-CV-02434-JAM-KJM |
| Plaintiff, | **RECUSAL ORDER** |
| vs. | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SACRAMENTO; Sacramento Superior Court Family Law and Probate Director of Operations JULIE SETZER; Sacramento Superior Court Deputy Executive Officer JAKE CHATTERS; Sacramento Superior Court Chief Deputy Executive Officer EDWARD POLLARD; and Sacramento Superior Court Executive Officer DENNIS JONES; and DOES 1 to 10, | |
| Defendants. | |

It appearing to the undersigned, the judge to whom this case is presently assigned for all purposes, that the provisions of 28 U.S.C. § 455 mandate the disqualification of the undersigned;

///

IT IS HEREBY ORDERED that:

1

1.  The undersigned recuses himself as the judge to whom this case is assigned;

2.  All currently scheduled dates in the above-captioned action are VACATED;

3.  The Clerk of the Court reassign this case to another judge for all further proceedings, making appropriate adjustments in the assignments of cases to compensate for such reassignment;

4.  That this case is reassigned to the Honorable Morrison C. England, Jr.  Henceforth the caption on all documents filed in the reassigned case shall be Civ.S-08-2434 MCE KJM.

IT IS SO ORDERED.

DATED: December 5, 2008

/s/ John A. Mendez

JOHN A. MENDEZ
U. S. DISTRICT JUDGE