UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LOCKE, | No. 2:08-cv-02434-MCE-KJM |
|     Plaintiff, | |
|   v. | **RECUSAL ORDER** |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SACRAMENTO, et al., | |
|     Defendants. | |
| _____/ | |

It appearing to the undersigned, the judge to whom this case is presently assigned for all purposes, that the provisions of 28 U.S.C. § 455 mandate the disqualification of the undersigned;

IT IS HEREBY ORDERED that:

1. The undersigned recuses himself as the judge to whom this case is assigned;

2. All currently scheduled dates in the above-captioned action are VACATED;

3. The Clerk of the Court reassign this case to another judge for all further proceedings, making appropriate adjustments in the assignments of civil cases to compensate for such reassignment;

1

4.  That this case is reassigned to the Honorable Garland E. Burrell.  Henceforth the caption on all documents filed in the reassigned case shall be 2:08-cv-02434-GEB-KJM.

IT IS SO ORDERED.

Dated: January 6, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE